UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-24465-CIV-MORENO

RICARDO ANDREU, CARMEN
CELESTRIN, and FRANCISCO
MALDONADO, on behalf of themselves and
all similarly situated individuals,

        Plaintiffs,

vs.

DLY CASE MANAGEMENT SERVICES,
LLC, a Florida Limited Liability Company,
DAINELYS CRUZ, individually, and
MAIKEL LOPEZ, SR., individually,

        Defendants.
_____/

### ORDER DENYING PLAINTIFFS' MOTION TO REOPEN CASE

THIS CAUSE came before the Court upon Plaintiffs' Motion to Reopen Case and Motion for Entry of Default Final Judgment **(D.E. 38)**, filed on **October 28, 2024**, more than two years after the Clerk entered default as to Defendant DLY Case Management Services, LLC, an artificial entity, on September 22, 2022, and just shy of two years after default was entered against the individual defendants. It is **ADJUDGED** that the motion is **DENIED**. This case has been closed since March 23, 2023. Plaintiffs have not sufficiently explained why they waited more than 19 months to seek to "reopen" the case.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of August 2025.

                                                FEDERICO A. MORENO
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record